FILED
2023 MAR 31 PM 12:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: rsm

1  Name: James B. Jordan
2  Address: 3314 ½ Stocker Street
3  Los Angeles, CA 90008
4  Phone: 323-877-7620
5  Plaintiff In Pro Per
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10  James B. Jordan,            ) Case No.: 2:23-CV-02406-DOC-MAR
11         PLAINTIFF,           ) (To be supplied by the Clerk)
                                ) COMPLAINT FOR:
12         vs.                  ) ① Punitive Damages
13  Greyhound Lines, Inc.       ) ② Neglect
14  _____             ) ③ Rights Violated, Safety
15  _____             ) ④ Atty obliged
16  _____             )
17  _____             ) Jury Trial Demanded
18         DEFENDANT(S).        )
19
20
21              **I. JURISDICTION**
22
     1. This Court has jurisdiction under This is an action for
23   damage and injunctive relief pursuant to 42 U.S.C. 1983 based
24   upon the violations of Plaintiffs rights under the Fourth Amendment.
25   Jurisdiction exist pursuant citizen rights denied based on (negligence)
26   42 U.S.C. 1983 and questions of Federal Constitutional law.
27   Jurisdiction also exists under medical rights act, federal and
28   pursuant to 28 U.S.C. 1331

## II. VENUE

2. Venue is proper pursuant to  Western District, differs where Greyhound Bus traffic incident occurred as 50% percent of Defendants as well as Plaintiff reside in Western District.

## III. PARTIES

3. Plaintiff's name is James B. Jordan. Plaintiff resides at: 3314½ Stocker Street, Los Angeles, CA 90008
Jay100055@yahoo.com

4. Defendant Greyhound Lines Inc.
350 North Saint Paul Street
Dallas, Texas 75201
(214) 849-8000

5. Defendant

Pro Se Clinic Form

2.

Page Number

___. Defendant _____

*Insert ¶ #*

___. Defendant _____

*Insert ¶ #*

___. Defendant _____

*Insert ¶ #*

___. Defendant _____

*Insert ¶ #*

Pro Se Clinic Form                            Page Number

## IV. STATEMENT OF FACTS

___. This is an action by plaintiff, James B. Jordan who was a passenger on Greyhound Bus traveling from Los Angeles, CA to Phoenix, AZ on 06/03/2022. Plaintiff boarded Greyhound Bus (blue in color, number Prevot X345 BLU) first after two Greyhound Bus employees boarded. Greyhound Bus Driver/Operator Black male named Peris Yuvonte Richard Blair. Second Greyhound Bus employee boarded short white male, James Harold Dempsey. Both employees wearing blue Greyhound suits.

___. Greyhound employee James Harold Dempsey sat in front seat on right hand side of bus alone. James Harold Dempsey said that no one else could sit with James in the front seat James was occupying since James was working. Greyhound Peryls sat in Greyhound bus driver's seat and prepared for trip, adjusting seat, etc. Plaintiff sat directly behind Greyhound employee James in second seat. Plaintiff had carry on bag with other property when Plaintiff boarded the bus.

___. All other passengers boarded the Greyhound bus and sat in preparation for bus trip. Plaintiff asked Greyhound employee James why no one could sit in the seat with Defendant/James. James informed Plaintiff that James was only on Greyhound Bus due to Greyhound driver Peris being in training. Plaintiff could not really understand the short Greyhound Bus Training Employee James due to James Spanish accent.

3.

___. Plaintiff asked Greyhound Trainer James if James *Insert ¶ #* believed that James trainee Pevus was trained and ready to operate a large bus full of passengers since Greyhound trainee Pevus was a new employee. Defendant/Trainer James said that trainee Pevus had been driving good. Plaintiff was nervous since plaintiff had previously ridden Greyhound buses multiple times but never with a new trainee driver operating the bus. Plaintiff also noticed that trainee seemed to be young also.

___. Plaintiff loaded carry-on and additional property on bus. *Insert ¶ #* Approximately one half to forty five minutes of trainee/Pevus driving bus Plaintiff observed that bus making some sputtering noise and other engine noises. Plaintiff observed Greyhound bus shut off/stall. Trainee operator/Pevus attempted to start bus and bus would not start. Trainee/Pevus started bus back up and Trainee/Pevus pulled over on side of freeway. Trainee/Pevus made a loud speaker announcement

___. on Greyhound speaker to passengers stating that *Insert ¶ #* bus had engine issue and was experiencing mechanical problems. Trainee/Pevus said that all passengers were going to be delayed due to having to wait for a replacement/substitute bus. Plaintiff observed Trainer/James get up from seat and ask trainee/Pevus what's going on. Trainer/James said we don't need a replacement bus, we have a schedule to keep. Start the bus back up, make sure green light is blinking drive off.

4.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Inexcusable Neglect (Government Code 19572) )
*insert title of cause of action*

(As against Defendant(s): All Defendants, Greyhound Lines, Inc
)

___. The pre incidents set forth on pages 1-4 caused the Greyhound Bus accident that occured on June 3, 2022. Trainee/Pervis, Trainer/James neglected to exercise due diligence by not calling for a substitute bus after Greyhound Bus stalled. At all times herein mentioned, neglect code 19572 was in full

___. force and effect and was binding on defendants. This statute requires defendants to adhere due diligence in the performance of a known official duty. Greyhound bus trainee/Pervis and trainer/James were bound by law to protect passengers on board of Greyhound bus. Once Bus shut off trainee/trainer should

___. have called for Greyhound assistance. Defendants neglect lead to pulling back onto I-10 freeway/highway causing additional safety issues, Greyhound bus hitting other vehicles, Greyhound Bus hitting guardrail, and various other items on freeway, Plaintiff loosing property, having to be taken off bus, postponed, sleep on floor.

5.

Pro Se Clinic Form     Page Number

## SECOND CAUSE OF ACTION

( Malice (Code 111) )
insert title of cause of action

(As against Defendant(s): All Defendants, Greyhound Lines, Inc )

___. The allegations set forth in pages 1-5 caused the Greyhound Bus accident that occurred on June 3, 2022. At all times herein mentioned Inexcusable Neglect Government Code 19572, was in full force and effect and was binding on defendants. This statute requires defendants to refrain from

___. exercises of due diligence. Defendants were neglected and malice Plaintiff and all other passengers aboard, Greyhound Bus on June 3, 2022. Defendants (trainee/Pervis, trainer/James) expressed malice by trainer not taking over situation before accident (placing Plaintiff and passengers lives in jeopardy).

___. It is the Greyhound trainers duty to assist trainee on duty. This is why Greyhound Bus had Trainee/Pervis working with Trainer/James. Malice also occurred as a result of being prepared. Trainee/Pervis, Trainer/James were not experienced. Also, Trainee/Pervis seemed to have medical issues (had seizure in driver seat after crash on I-10 freeway, shook for 10 minutes after collision). Trainee/Pervis was the first to be taken to the hospital (Highway Patrol called Ambulance). Trainer/James express Malice by not taking charge, getting in drivers seat, calling for a replacement bus.

6.

### THIRD CAUSE OF ACTION

( 23 U.S. Code 402 - Highway Safety Programs )
*insert title of cause of action*

(As against Defendant(s): All Defendants, Greyhound Lines, Inc )

___. The allegations action, etc. set forth in paragraphs listed on pages 1-6 caused the Greyhound Bus accident that took place on 6/3/2022 on I-10 Highway/freeway. Defendants (trainee/Pervis, trainer/James). Defendants committed unlawful employment practices, including by the following bases for liability.

___. (A) To reduce injuries and or deaths resulting from accidents involving buses.
(U) To reduce accidents resulting from unsafe driving behavior including aggressive or fatigued driving and distracted driving. Trainee/Pervis seemed to be anxious, worried, nervous due to

___. bus (Greyhound) previously stalling (passengers screaming, cursing at d wimy). Trainee Pervis also was scared due to trainer/James neglecting to assist. Training Greyhound Employee/James remained seated and never offered to take driver seat or assist trainee/Pervis at all. Anxiety/Worry caused Pervis to have seizure in driver seat of Greyhound Bus on June 3, 2023. Trainer/James should have (was mandated by Greyhound as trainer) assisted trainee/Pervis and secured plaintiff and passengers safety. Defendants caused serious injuries to all passengers on Greyhound bus, plus hit other drivers on freeway (I-10). Could have killed Plaintiff.

7.

**FOURTH CAUSE OF ACTION**

( Violation of Inexcusable Neglect (Code 1957a) )
*insert title of cause of action*

(As against Defendant(s): All Defendants, Greyhound Lines, Inc )

___. The allegations set forth on pages 1-7 caused Greyhound bus accident on June 3, 2022. Defendants conduct of neglect, Government Code section 1957a, and defendants committed unlawful acts, specifically by the following bases for liability: not replacing bus per Greyhound Bus policies, assurance.

___. failing to take all reasonable steps to prevent injuries, or deaths (as well as delays, etc.). False claims, stating blown tire was reason of accident (when trainee/Penis after bus stalled announced Greyhound bus engine problems). As a proximate result of defendants willful and intentional neglecting bus issues.

___. Greyhound bus rolled over on I-10 throwing plaintiff and passengers all over bus, on floor, causing damages, swelling to various parts of body. Trainee/Penis seemed to have pre-existing medical issues that caused Penis to have seizure after collision. Plaintiff was delay from trip for days. Highway Patrol had to call replacement bus and escort plaintiff and other passengers onto replacement bus. Plaintiff was fired from job due to having (along with all other passengers) to sit for hours at a Native American reservation center until another Greyhound was available. Then plaintiff had to sleep in Greyhound station 06/3/2022 because no buses were available.

8.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ #. According to proof, Defendants misconduct was committed intentionally, in a malicious, despicable, oppressive, fraudulent manner, entitling Plaintiff to punitive damages against defendants.

PRAYER

Insert ¶ #. Wherefore, Plaintiff, James B. Jordan prays for judgement against defendants as follows: 10,000,000.00 due to neglect

Insert ¶ #. A. For general and special damages according to proof;
B. For exemplary damages, according to proof;
C. For pre-judgement and post-judgement interest awards
D. For Greyhound safety violations jeopardizing health

Insert ¶ #. E. For violation of GreyHound policies
F. For Punitive Damages
G. For Pain and Suffering
H. For Job loss, trauma, and PTSD = 10,000,000.00

9

Pro Se Clinic Form                         Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: March 27, 2023

Sign: *James B. Jordan, BSW, MSW*
Print Name: James B. Jordan

Plaintiff in pro per

Pro Se Clinic Form

Page Number: 10

Passengers Involved in Traffic Crash Report on 06/03/2022, time 1055

State of California Department of Highway Patrol, Local Report Number- 9655-2022-00948

County of Riverside/Beat 204/ NCIC # 9655, Officer I.D. 018360

All Passengers listed below suffered injuries as a result of Greyhound Bus crash.

1. Constatine Tsianos (03/09/1960)
2. Andrew Coleman (12/25/1953)
3. Samuel Allen Morse (07/08/1958)
4. Paul Conrad Carey (10/14/1988)
5. Jorge Aramburo (08/14/1990)
6. Lorenzo H. Graham (08/10/1959)
7. Tonja West (07/13/1976)
8. Abie Olier (12/06/1973)
9. Karen Harris (04/12/1960)
10. Olga E. Escalante (01/16/1952)
11. James B. Jordan (05/31/1982)
12. KA-Raja Ellingberg-Bailey (05/17/2016)
13. Kajuanna M. Ellingberg (10/26/1988)
14. Jahleena E. Carey (09/18/2004)
15. Anthony Ninmarroquin (02/25/2003)
16. Quinton Givens (08/19/1992)
17. Thomas James Parsons (03/20/1977)
18. Ronald Marico Dozier (05/15/1991)
19. Russell Wayne McCoy (01/05/1968)
20. Tuleah Johnson (11/06/1968)
21. James Green Jr. (11/12/1972)